LATHAM & WATKINS LLP
Viviann C. Stapp (Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

Mark S. Mester (Ill. Bar No. 6196140)
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com

*Attorneys for Defendant Safeway Inc.*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN RILEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SAFEWAY INC., <br><br> Defendant. | No. 07-cv-06174-JCS <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (MARK S. MESTER) |

1

Case No. 07-cv-06174-JCS
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(MARK S. MESTER)

LATHAM&WATKINS
ATTORNEYS AT LAW

Mark S. Mester, an active member in good standing of the bars of the state of Illinois and the United States District Court for the Northern District of Illinois, whose business address and telephone number is Latham & Watkins LLP, 233 South Wacker Drive, Sears Tower, Suite 5800, Chicago, Illinois, 60606, (312) 876-7700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Safeway Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/25/08

Judge Joseph C. Spero
United States District Court Magistrate Judge

LATHAM&WATKINS
ATTORNEYS AT LAW

Case No. 07-cv-06174-JCS
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(MARK S. MESTER)