A CERTIFIED TRUE COPY

MAR 1 3 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 26 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**

APR 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: AURORA DAIRY CORP. ORGANIC
MILK MARKETING AND SALES
PRACTICES LITIGATION

MDL No. 1907

(SEE ATTACHED SCHEDULE)

07-6174 SC

## CONDITIONAL TRANSFER ORDER (CTO-1)

On February 20, 2008, the Panel transferred three civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable E. Richard Webber.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Webber.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of February 20, 2008, and, with the consent of that court, assigned to the Honorable E. Richard Webber.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

IN RE: AURORA DAIRY CORP. ORGANIC
MILK MARKETING AND SALES
PRACTICES LITIGATION                           MDL No. 1907

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

### DIST. DIV. C.A. #          CASE CAPTION

**ARKANSAS EASTERN**
ARE 4 08-10          Paul Bowen v. Wal-Mart Stores, Inc.

**CALIFORNIA NORTHERN**
CAN 3 07-5331        Brenda Gallardo v. Aurora Dairy Corp.
CAN 3 07-6174        Shawn Riley v. Safeway, Inc.

**COLORADO**
CO 1 07-2285         Elizabeth Cockrell v. Aurora Dairy Corp.
CO 1 07-2449         Jim Snell, et al. v. Aurora Dairy Corp., et al.
CO 1 07-2622         Vicki M. Tysseling-Mattiace v. Wild Oats Markets, Inc.
CO 1 07-2625         Margot West, et al. v. Aurora Dairy Corp.

**MINNESOTA**
MN 0 07-4755         Patrick Hudspeth, et al. v. Target Corp.

**NEW YORK EASTERN**
NYE 2 07-4425        Ilsa Lee Kaye v. Aurora Dairy Corp.

**NEW YORK SOUTHERN**
NYS 1 07-9418        Hillary White, et al. v. Aurora Dairy Corp.

**WASHINGTON WESTERN**
WAW 2 07-1975        Channing Hesse v. Costco Wholesale Corp.